## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**IN RE**:                                  }    CASE NUMBER 17-70638-bem

                                            }

Mark  Washington, Sr.                       }    CHAPTER 13

                                            }

      **DEBTOR(S)**                       }


## NOTICE OF HEARING

PLEASE TAKE NOTICE that Mark  Washington, Sr. has filed a "Motion to Extend
Automatic Stay," and related papers with the Court seeking an order continuing the
Automatic Stay of 11 U.S.C. Section 362(a) beyond the 30-day limit set forth in 11
U.S.C. Section 362(c)(3)(A) as to all applicable entities until such time as the Court
grants relief from the stay for cause, or the stay is terminated pursuant to 11 U.S.C.
Section 362(c)(1) or (2).

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to
Extend Automatic Stay in Courtroom 1402,United States Courthouse, 75 Ted Turner
Drive, S.W., Atlanta, GA 30303 at `10:00am on 12/19/2017.

Your rights may be affected by the court's ruling on these pleadings.  You should read
these pleadings carefully and discuss them with your attorney, if you have one in this
bankruptcy case. (if you do not have an attorney, you may wish to consult one.)  If you
do not want the court to grant the relief sought in these pleadings or if you want the court
to consider your views, then you and/or your attorney must attend the hearing.  You may
also file a written response to the pleading with the Clerk at the address stated below, but
you are not required to do so.  If you file a written response, you must attach a certificate
stating when, how and on whom (including 2 addresses) you served the response.  Mail
or deliver your response so that it is received by the Clerk's Office is: Clerk, U.S.
Bankruptcy Court, Suite 1340, 75 Ted Turner Drive., Atlanta, GA 30303.  You must also
mail a copy of your responses to the undersigned at the address stated below.

Dated: Friday, December 01, 2017

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 17-70638-bem |
| | } | |
| Mark  Washington, Sr. | } | CHAPTER 13 |
| | } | |
| **DEBTOR(S)** | } | |

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW, Debtor and through counsel files this "Motion to Extend Automatic Stay," showing to this Honorable Court the following:

1.

This case was commenced on Northern District of Georgia by the filing of a Voluntary Petition in Bankruptcy for relief under Title 11 Chapter 13 of the United States Code.

2.

Jurisdiction is appropriate pursuant to 28 U.S.C. Section 1334;28 U.S.C. Section 151 *et seq.*; and, 11 U.S.C. Section 151 *et seq.*  Venue is appropriate pursuant to 28 U.S.C. Section 1409.  This contested matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(G).

3.

This motion is brought pursuant to 11 U.S.C. Section 362(c)(3)(B) and Rule 9014 F.R. Bankr. P.  Debtor has had one previous Chapter 13 bankruptcy case dismissed within the past twelve months, bringing it within the purview of 11 U.S.C. Section 362(c)(3).  Debtor's previous case, **17-58189-bem,**  was filed 5/04/17 and dismissed 9/27/2017.  In Debtor's previous case, **17-58189-bem** , the monthly plan payments were calculated at $390.00 per month, with a 0% dividend to unsecured creditors.

Debtor's case was dismissed for lack of funding.  Debtor lost his job and was unable to maintain his payments.  Debtor is now employed and able to maintain his trustee payments.

4.

Pursuant to 11 U.S.C. Section 362(b)(3)(A) the automatic stay of 11 U.S.C. Section 362(a) will terminate by law on the 30th day following the date of the filing of the petition unless this Court grants an extension of the stay.

5.

The Chapter 13 petition in this case was filed in good faith in an effort to save Debtor's vehicle from repossession and by no means is forbidden by law.  The vehicle is necessary for Debtor's transportation to and from his job.

6.

Good cause exists for the continuance of the automatic stay as to all applicable entities in this case.  A high likelihood of success exists in the case because Debtor has sufficient income to make the monthly bankruptcy payments.  Debtor is employed at ACBS Sea and Land and makes $3600.00 per month.

7.

Debtor's reorganization depends upon the continuation of the stay in this case. Debtor can provide adequate protection to creditors pursuant to the terms of Debtor's proposed Chapter 13 Plan.  If the automatic stay is not extended. Debtor will suffer irreparable injury because he will lose his transportation to work.

8.

No substantial harm will result for any other parties because Debtor proposes to pay all of his creditors a  0% dividend.

9.

Extension of the automatic stay will serve the public interest because it will allow Debtor the opportunity to reorganize his debt and save his vehicle from repossession.

10.

Debtor has filed the instant case in good faith.  In this case, Debtor's monthly plan payments are $390.00 per month, with a 0% dividend to unsecured creditors.  Debtor asks the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and extend the automatic stay.

11.

The Continuance of the stay is in the best interest of Debtor, the Chapter 13 estate, and the creditors in this case.

Wherefore, Debtor(s) prays:

      (a)  that this "Motion to Extend Automatic Stay" be filed, read, and considered;

      (b)  that a time, date, and place be set for a hearing to take place prior to the expiration of the 30-day period;

      (c)  that this Motion be granted and the Automatic Stay provided under 11 U.S.C. Section 362(a) be continued as to all entities until such time as the Court grants relief from the stay for cause, or the stay is terminated pursuant to 11 U.S.C. Section 362(c)(1) or (2)l and,

      (d)  that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

Dated: Friday, December 01, 2017

Saedi Law Group, LLC

_____/s/_____

Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 17-70638-bem |
| | } | |
| Mark  Washington, Sr. | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

## CERTIFICATE OF SERVICE

The undersigned hereby swears or affirms that a copy of the foregoing pleading has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022:

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303

Mark  Washington, Sr.
6351 Resonance Ct
Douglasville, GA 30135

Dated: Friday, December 01, 2017

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

Label Matrix for local noticing
113E-1
Case 17-58189-bem
Northern District of Georgia
Atlanta
Fri Dec  1 00:43:01 EST 2017

AFNI, INC
PO Box 3517
Bloomington, IL 61702-3517

ARS ACCOUNT RESOLUTION
1643 HARRISON PKWY STE 1
SUNRISE, FL 33323-2857

Atlanta Medical Center
P.O. BOX 741525
Atlanta, GA 30374-1525

CONVERGENT OUTSOURCING
800 SW 39TH ST
RENTON, WA 98057-4975

CSF Servicing
Po Box 732614
Dallas, TX 75373-2614

Center Street Finance
P.O. Box 2708
Coppell, TX 75019-8708

Chase Bank
340 S. Cleveland Bldg 370
OH1-1073
Westerville, OH 43081-8917

Department of Justice, Tax Division
75 Spring Street SW
Civil Trial Section, Southern
Atlanta, GA 30303-3315

EOS CCA
700 Longwater Drive
P O Box 5369
Norwell, MA 02061-5369

FIRST PREMIER BANK
c/o Jefferson Capital Systems LLC PO Box
c/o Linda Dold
Saint Cloud, MN 56302

Firstsource Advantage, LLC
Po Box 23950
Belleville, IL 62223-0950

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service - Atl
401 W PEACHTREE ST, NW, RM 1665
c/o MARIA HARRIS
Atlanta, GA 30308

(p)CONTINENTAL FINANCE COMPANY LLC
PO BOX 8099
NEWARK DE 19714-8099

MID AM B&T C
5109 S BROADBAND L
SIOUX FALLS, SD 57108-2208

MID AMERICA BK/TOTAL C
5109 S BROADBAND L
Sioux Falls, SD 57108-2208

MIDLAND FUNDING
PO Box 13105
Roanoke, VA 24031-3105

MIDLAND FUNDING LLC
Midland Credit Management, Inc as
agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

MOHELA/DEPT OF ED
633 SPIRIT DR
CHESTERFIELD, MO 63005-1243

Malcom S. Gerald and Associates, Inc
332 S Michigan Ave Ste 600
Chicago, IL 60604-4318

Office of Attorney General
40 Capitol Sq Sw
Atlanta, GA 30334-9057

PORTFOLIO RECOVERY ASS
140 Corporate Blvd
Norfolk, VA 23502-4952

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
St. Cloud, MN 56302-7999

Radiology Associates of Ocala
PO Box 6200
Ocala, FL 34478-6200

Sheridan Healthcorp Inc
PO Box 817737
Hollywood, FL 33081-1737

Special Assistant U.S. Attorney
401 W. Peachtree Street, NW, STOP 1000-D
Atlanta, GA 30308

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

U. s. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

U.S Dept of ED/Mohela
633 Spirit Drive
Chesterfield, MO 63005-1243


UNITED COLLECTION SERV
106 COMMERCE ST STE 101
LAKE MARY, FL 32746-6217

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United Collection Service, Inc
PO Box 953638
Lake Mary, FL 32795-3638


United States Attorney's Office
75 Spring Street, S.W., Suite 600, U.S.
Atlanta, GA 30303-3309

VERIZON WIRELESS
P.O. Box 660108
Dallas, TX 75266-0108

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


Verve
P.O. Box 3046
Oshkosh, WI 54903-3046

Westgate Resorts
2801 Old Winter Garden Rd
c/o Maureen Husar
Ocoee, FL 34761-2965

Emily Camille Alle
The Semrad Law Firm
303 Perimeter Center North, #201
Atlanta, GA 30346-3425