IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | | |
|---|---|---|
| IN RE: ) | CASE NO. 17-70638-BEM | |
| MARK WASHINGTON, SR. ) | CHAPTER 13 | |
| ) | | |
| Debtor. ) | JUDGE ELLIS-MONRO | |
| ) | | |
| ATLANTIC PROPERTIES, INC. D/B/A ) | | |
| ATLANTIC PROPERTY MANAGEMENT,) | | |
| ) | | |
| Movant ) | CONTESTED MATTER | |
| v. ) | | |
| ) | | |
| MARK WASHINGTON, Sr., Debtor, ) | | |
| NADINE BRINSON, Co-Debtor, and ) | | |
| MARY IDA TOWNSON, Trustee, ) | | |
| ) | | |
| Respondents. ) | | |
| ) | | |

**ATLANTIC PROPERTIES, INC. D/B/A ATLANTIC PROPERTY MANAGEMENT'S MOTION FOR RELIEF FROM AUTOMATIC AND CO-DEBTOR STAY**

COMES NOW, ATLANTIC PROPERTIES, INC. D/B/A ATLANTIC PROPERTY MANAGEMENT (hereinafter, "Atlantic" or, alternatively, "Movant"), a creditor and party in interest in the above-captioned case, by and through its undersigned counsel, and, pursuant to 11 U.S.C. § 362(d), moves the Court for an order lifting the automatic stay (hereinafter, the "Motion"), respectfully showing this honorable Court as follows:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and the contract between the parties including, but not limited to, the right to proceed with a Dispossessory Action.

2.

Mark Washington, Sr. (hereinafter, "Debtor") filed a voluntary petition for bankruptcy protection under Chapter 13 of the Bankruptcy Code on November 29, 2017, and is, therefore, subject to the jurisdiction of the Court.

3.

This Court has jurisdiction over this Motion pursuant to 11 U.S.C. § 362, 363, and 1301(c).

4.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated December 2, 2015 at a rate of $1200.00 per month (hereinafter, the "Lease"). The Lease is executed by MARK WASHINGTON SR. and NADINE BRINSON, relative to certain property known as 6351 Resonance Place, Douglasville, Georgia 30135 (hereinafter, the "Property"). A true and correct copy of the Lease is attached hereto as Exhibit "A" and incorporated herein by reference.

5.

Because Debtor and Co-Debtor failed to remit the December 2017 through February 2018 payments under the Lease to Movant, plus late fees and charges, there is cause, including the lack of adequate protection, for granting Movant's Motion for Relief from Automatic Stay. Furthermore, the stay should be lifted as the Debtor nor Co-Debtor do not have equity in the Property, and it is not necessary for an effective reorganization.

6.

Because the Lease so provides, the Debtor is responsible for Movant's reasonable attorney's fees.

7.

Upon information and belief, the filing of this Chapter 13 bankruptcy petition was done for the purpose of delaying a dispossessory action.

8.

Movant requests that the provisions of Bankruptcy Rule 4001(a)(3) be waived and/or modified so as to allow Movant to proceed immediately with a dispossessory action in the Douglas County Magistrate Court.

WHEREFORE, Movant ATLANTIC PROPERTIES, INC. D/B/A ATLANTIC PROPERTY MANAGEMENT prays for the following relief:

(a) That this Court grant Movant's Motion for Relief From Stay;

(b) That the automatic stay pursuant to §§ 362(d) and 1301 of the Bankruptcy Code be terminated, annulled, modified, and lifted to permit Movant to pursue all remedies available under Georgia law to recover possession of the Property and to allow Movant to apply any security deposit held by Movant to any post-petition amounts which came due under the terms of the Lease, and that the property be abandoned as property of the estate;

(c) That the Court waive and/or modify Bankruptcy Rule 4001(a)(3) so as to allow Movant to proceed immediately with a dispossessory action;

(d) That the Court award Movant its attorney's fees and costs in bringing of this Motion; and

(e) For such other and further relief as this Court deems just and equitable.

[SIGNATURES FOLLOW ON NEXT PAGE]

Dated: February 28, 2018

Respectfully submitted,

THE GILROY FIRM  /s/ Matthew F. Totten
3780 Mansell Road, Suite 140  KELSEA L. S. LAUN
Alpharetta, Georgia 30022  (Georgia Bar No. 141960)
(678) 280-1922 (Telephone)  MATTHEW F. TOTTEN
(678) 280-1923 (Facsimile)  (Georgia Bar No. 798589)
Kelsea.Laun@gilroyfirm.com  ATTORNEYS FOR MOVANT
Matthew.Totten@gilroyfirm.com

# CERTIFICATE OF SERVICE

      This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***MOTION FOR RELIEF FROM AUTOMATIC AND CO-DEBTOR STAY*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

Lorena Lee Saedi
Saedi Law Group, LLC
Suite 103
3006 Clairmont Road
Atlanta, GA 30329

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street NE
Atlanta, GA 30303

      Further, a true copy of the foregoing ***Motion for Relief from Stay*** has been served upon the following Respondents by depositing a copy of the same in the United States mail, first class postage prepaid, addressed as follows:

      Mark Washington, Sr.
      Nadine Brinson
      6351 Resonance Place
      Douglasville, Georgia 30135

Dated:  February 28, 2018

| | |
|---|---|
| THE GILROY FIRM | /s/ Matthew F. Totten |
| 3780 Mansell Road, Suite 140 | KELSEA L. S. LAUN |
| Alpharetta, Georgia 30022 | (Georgia Bar No. 141960) |
| (678) 280-1922 (Telephone) | MATTHEW F. TOTTEN |
| (678) 280-1923 (Facsimile) | (Georgia Bar No. 798589) |
| Kelsea.Laun@gilroyfirm.com | ATTORNEYS FOR MOVANT |
| Matthew.Totten@gilroyfirm.com | |