IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-70638-BEM |
| MARK WASHINGTON, SR. | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | JUDGE ELLIS-MONRO |
| | ) | |
| ATLANTIC PROPERTIES, INC. D/B/A | ) | |
| ATLANTIC PROPERTY MANAGEMENT, | ) | |
| | ) | |
| Movant | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| MARK WASHINGTON, Sr., Debtor, | ) | |
| NADINE BRINSON, Co-Debtor, and | ) | |
| MARY IDA TOWNSON, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Movant ATLANTIC PROPERTIES, INC. D/B/A ATLANTIC PROPERTY MANAGEMENT** has filed a **Motion for Relief from Stay and Co-Debtor Stay** and related papers with the Court in the above-referenced matter, seeking an order lifting the automatic stay as to certain real property located at 6351 Resonance Place, Douglasville, Georgia 30135.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion for Relief From Stay and Co-Debtor Stay** in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 at **9:30 a.m. (ET)** on **Tuesday, March 20, 2018.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty (30) days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: February 28, 2018

| | |
|---|---|
| THE GILROY FIRM | /s/ Matthew F. Totten |
| 3780 Mansell Road, Suite 140 | KELSEA L. S. LAUN |
| Alpharetta, Georgia 30022 | (Georgia Bar No. 141960) |
| (678) 280-1922 (Telephone) | MATTHEW F. TOTTEN |
| (678) 280-1923 (Facsimile) | (Georgia Bar No. 798589) |
| Kelsea.Laun@gilroyfirm.com | ATTORNEYS FOR MOVANT |
| Matthew.Totten@gilroyfirm.com | |

# CERTIFICATE OF SERVICE

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing *Notice of Hearing* in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

> Lorena Lee Saedi
> Saedi Law Group, LLC
> Suite 103
> 3006 Clairmont Road
> Atlanta, GA 30329
>
> Mary Ida Townson
> Chapter 13 Trustee
> Suite 2200
> 191 Peachtree Street NE
> Atlanta, GA 30303

Further, a true copy of the foregoing *Notice of Hearing* has been served upon the following Respondents by depositing a copy of the same in the United States mail, first class postage prepaid, addressed as follows:

> Mark Washington, Sr.
> Nadine Brinson
> 6351 Resonance Place
> Douglasville, Georgia 30135

Dated: February 28, 2018

| | |
|---|---|
| THE GILROY FIRM | /s/ Matthew F. Totten |
| 3780 Mansell Road, Suite 140 | KELSEA L. S. LAUN |
| Alpharetta, Georgia 30022 | (Georgia Bar No. 141960) |
| (678) 280-1922 (Telephone) | MATTHEW F. TOTTEN |
| (678) 280-1923 (Facsimile) | (Georgia Bar No. 798589) |
| Kelsea.Laun@gilroyfirm.com | ATTORNEYS FOR MOVANT |
| Matthew.Totten@gilroyfirm.com | |